# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.:**   15-cv-02539-MSK-WJM | FTR - Courtroom A-502 |
| **Date:** February 29, 2016 | Courtroom Deputy: Sabrina Grimm |
| SAMONE WALKER, and<br>DASHAWN WALKER, | Martha Eskesen<br>Wilbur Smith |
| Plaintiffs, | |
| v. | |
| CITY AND COUNTY OF DENVER, DENVER<br>SHERIFF DEPARTMENT, | Jessica Allen<br>Natalia Ballinger |
| Defendant. | |

---

## COURTROOM MINUTES

---

**RULE 16(b) SCHEDULING CONFERENCE**

**Court in session:   9:31 a.m.**

Court calls case.  Appearances of counsel.

**ORDERED:     The parties shall exchange Rule 26(a)(1) disclosures on or before March 4, 2016.**

Discussion regarding litigation hold letter.

The following will confirm the actions taken and dates set at the scheduling conference held this date:

Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25)  Requests for Production, and twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) fact depositions, plus experts.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.

Joinder of Parties/Amendment to Pleadings:  **April 14, 2016**

Discovery Cut-off: **October 31, 2016**

Dispositive Motions Deadline:  **August 15, 2016**

Each side  shall be limited to four (4) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before June 1, 2016.**
Parties shall designate rebuttal experts **on or before July 1, 2016.**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before September 27, 2016.

Any **FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION CONFERENCE,** and **TRIAL** will be set by the Honorable Marcia S. Krieger at a future date. The parties anticipate a day trial to a jury.

The parties anticipate a ten (10) day jury trial.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Discussion regarding Amended Complaint [25].

**ORDERED:    Defendant's Motion to Dismiss [21] is WITHDRAWN.**

**ORDERED:    Defendant's Motion to Dismiss [22] is WITHDRAWN.**

**ORDERED:    Plaintiffs' Amended Complaint is permitted to be filed.**

Discussion regarding typo on the Amended Complaint.

**ORDERED:    Plaintiffs are permitted to withdraw docket #25 and refile the Amended Complaint, due to a typo, on or before March 4, 2016.**

**[X]**    Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess:  9:53 a.m.**
Total in-court time: 00:22