IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02539-MSK-MJW

SAMONE WALKER, and
DASHAWN WALKER,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, DENVER SHERIFF DEPARTMENT,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiffs' Unopposed Motion to Modify Scheduling Order (Docket No. 31) is GRANTED for good cause shown; and

- The expert-witness deadlines in the Scheduling Order (Docket No. 29) are AMENDED as proposed in Plaintiffs' Motion (Docket No. 31 ¶ 7).

Date: March 17, 2016