IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02539-MSK-MJW

SAMONE WALKER, and
DASHAWN WALKER,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, DENVER SHERIFF DEPARTMENT,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiffs' Unopposed Motion for Stay of Proceedings and to Vacate Current Deadlines (Docket No. 40) is DENIED WITHOUT PREJUDICE; and

- The Scheduling Order (Docket No. 29) is AMENDED such that the deadline to move to amend the pleadings or to join parties is extended to May 13, 2016.

Counsel is reminded that new Plaintiffs can file separate complaints and move for consolidation, instead.

Date: April 11, 2016