## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Terri Lindblom

Date: November 13, 2018

Civil Action No. 15-cv-02539-MSK-STV

*Parties*:

Samone Walker  
DaShawn Walker  
Theresa Denbow  
Cesqua Rasumssen  
Terri Eddy  
Rebecca Esquibel  
Denita Hartzog  
Giovanna Kemp  
Lisa Maes  
Peggy Major  
Courtney Mickelson  
Sadie Montano  
Paula Purdy  
Stacy Wright  
Rhonda Casado,

       Plaintiffs,

v.

City and County of Denver,  
Denver Sheriff Department

       Defendant.

*Counsel Appearing:*

Wilbur Smith  
Brian Moore  
Niki Schwab

Ashley Kelliher  
Jessica Allen  
Shelby Felton

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference.

Hearing continued from June 13, 2018.

**10:18 a.m.    Court in session.**

The parties were not required to attend.

The Court addresses a conflict as set forth on the record.

**10:22 a.m.    Court in recess**

**10:42 a.m.**     **Court in session**

Defendant orally moves for recusal in this matter.

**ORDER:**     Defendant's oral motion for recusal is **GRANTED**.  The case will be reassigned.

**10:43 a.m.**     **Court in recess.**

**Total Time:   5 minutes.**
**Hearing concluded.**